IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNILOC USA, INC., UNILOC LUXEMBOURG, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> ADP, LLC. <br><br> Defendant. | § § § § § § § § § § § § §   CIVIL ACTION NO. 2:16-CV-00741-RWS |

## ORDER

Before the Court is Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg, S.A. and Defendant ADP, LLC's Stipulation of Dismissal and Joint Motion to Vacate Judgment (Docket No. 273).

Vacatur is an extraordinary remedy. *U.S. Bancorp Mortg. Co. v. Bonner Mall P'ship*, 513 U.S. 18, 26 (1994). Settlement alone does not justify vacatur of a judgment under review absent "exceptional circumstances." *Id*. at 29. Here, the parties have not provided any grounds in support of their joint motion, much less grounds showing "exceptional circumstances" to justify a vacatur of the Court's Order and Final Judgment (Docket Nos. 267, 269).

Accordingly, the parties' motion is **DENIED** with leave to re-file by **5:00 p.m.** on **Thursday, November 16, 2017**, with sufficient particularity as to why a vacatur should be granted.

So ORDERED and SIGNED this 13th day of November, 2017.

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE