IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC., and <br> UNILOC LUXEMBOURG, S.A., <br> Plaintiffs, <br> <br> v. <br> <br> ADP, LLC., <br> Defendant. | § § § § § § § § § § | Civil Action No. 2:16-cv-00741-RWS |

## ORDER OF DISMISSAL BY UNILOC AGAINST ADP

On this day, the Court considered the Renewed Stipulation of Dismissal and Joint Motion to Vacate Judgment by Uniloc against ADP, filed by Plaintiffs, Uniloc USA, Inc., and Uniloc Luxembourg S.A. ("Uniloc"), and Defendant ADP, LLC. ("ADP"). The Court is of the opinion that the Stipulation and Motion are well-taken and it is therefore ORDERED:

1. The Judgment entered October 20, 2017 (Docket No. 269), and the Order dated September 28, 2017 (Docket No. 267) are vacated, each as to ADP only but not as to any other defendant.

2. Any and all claims by Uniloc against ADP are dismissed, with prejudice.

3. Uniloc and ADP shall each bear its own attorney's fees, expenses, and costs.

4. All other relief requested between Uniloc and ADP is hereby DENIED AS MOOT.