**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC., and | § | |
| UNILOC LUXEMBOURG, S.A., | § | |
| Plaintiffs, | § | Civil Action No. 2:16-cv-00741-RWS |
| | § | |
| v. | § | LEAD CASE |
| | § | |
| ADP, LLC., | § | |
| Defendant. | § | |
| | § | |

**UNOPPOSED MOTION FOR VACATUR AND DISMISSAL**

WHEREAS Defendant ADP, LLC ("ADP") has obtained a nonexclusive license and release from IBM to practice all patents-in-suit (D.I. 310 at 2); and

WHEREAS that license has removed any case or controversy between ADP and plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg, S.A. ("Uniloc") regarding infringement of those patents, *Uniloc USA, Inc. v. ADP, LLC*, 18-1132, D.I. 49 at 4–5 (Fed. Cir. Aug. 2, 2018); and

WHEREAS on May 24, 2019, the Federal Circuit issued an order (D.I. 317) holding that vacatur should have been granted as to ADP and instructing *inter alia* that the Court's September 28, 2017 decision (D.I. 267) be vacated as to ADP; and

WHEREAS on August 5, 2019, the Court ordered all parties to the captioned action to attend an August 22, 2019 status conference (D.I. 322); and

WHEREAS ADP seeks to be relieved of further obligations in this litigation; and

WHEREAS Uniloc does not oppose this motion;

THEREFORE, ADP respectfully moves the Court to VACATE its September 28, 2017 decision as to ADP pursuant to the Federal Circuit's May 24, 2019 Order (D.I. 317) and to DISMISS

1

all claims against ADP, thereby relieving ADP of any obligations under the Court's August 5, 2019 Order (D.I. 322), including attendance at the August 22, 2019 status conference.

| | |
|---|---|
| August 21, 2019 | Respectfully submitted, |
| | */s/ Matthew J. Moffa* |
| | William J. McCabe |
| | E-Mail: WMcCabe@perkinscoie.com |
| | Matthew J. Moffa |
| | E-Mail:  MMoffa@perkinscoie.com |
| | **PERKINS COIE LLP** |
| | 1155 Avenue of the Americas, 22nd Floor |
| | New York, NY  10036-2711 |
| | Telephone: (212) 262-6900 |
| | Facsimile: (212) 977-1649 |
| | |
| | Victoria Q. Smith |
| | Texas Bar No.:  24075381 |
| | E-Mail:  VSmith@perkinscoie.com |
| | **PERKINS COIE LLP** |
| | 3150 Porter Drive |
| | Palo Alto, CA 95051 |
| | Telephone: (650) 838-4300 |
| | Facsimile: (650) 838-4350 |
| | |
| | Michael E. Jones |
| | Texas Bar No.:  10929400 |
| | E-Mail:  mikejones@potterminton.com |
| | Patrick C. Clutter |
| | Texas Bar No. 24036374 |
| | E-Mail: patrickclutter@potterminton.com |
| | **POTTER MINTON, PC** |
| | 110 North College Suite 500 |
| | Tyler, TX 75702 |
| | Telephone:  (903) 597-8311 |
| | Facsimile:  (903) 593-0846 |
| | |
| | **ATTORNEYS FOR DEFENDANT ADP, LLC** |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 21, 2019, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system in accordance with this Court's Local Rules.

*Matthew J. Moffa*
Matthew J. Moffa
