IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNILOC USA, INC., and UNILOC LUXEMBOURG, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> BIG FISH GAMES, INC. <br><br> Defendant. | CIVIL ACTION NO.  2:16-CV-00741-RWS <br><br> **(LEAD CASE)** <br><br><br> CIVIL ACTION NO.  2:16-CV-00858-RWS |

## ORDER

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment.

Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

All other claims for relief are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 14th day of July, 2020.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE